IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WEI CHEN,

        Plaintiff,

   v.

EMILIO T. GONZALEZ, et al.,

        Defendants.
                                            /

No. 07-00092 CW

ORDER OF DISMISSAL

    On March 16, 2007, Defendants filed a Motion to Dismiss as Moot.  On March 29, 2007. Plaintiff filed a Non-Opposition to Defendants' Request for Dismissal.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned action is dismissed as moot.

    4/3/07

Dated                                                                CLAUDIA WILKEN
                                                               United States District Judge